**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| In Re: ) | |
| ) | |
| Lacy Rose Hambleton ) | Case Number:    18–40232–JMM |
| P.O. Box 825 ) | |
| Heyburn, ID 83336 ) | Chapter Number: 7 |
| ) | |
| Social Security No.: xxx–xx–2642 ) | |
| Employer's Tax I.D. No.: ) | |
| ) | |
| Debtor ) | |
| ) | |

_____

**ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION AND CLOSING CASE**

IT APPEARING to the Court that the Trustee in this case has filed a report of no distribution and the Trustee has performed all duties required in the administration of this estate;

IT IS ORDERED that the report is APPROVED, the Trustee is DISCHARGED from and relieved of the trust; the surety or sureties thereon are released from further liability thereunder, except any liability which may have occurred during the time such bond was in effect and the case is CLOSED.

AUDIT NOTICE: If prior to the receipt of this notice, the Bankruptcy Trustee took possession of any money, checks or other property and that property has not been returned to you, please contact the U.S. Trustee at (208) 334–1300.


Dated: 6/28/18                                                                          Stephen W Kenyon
                                                                                        Clerk, U.S. Bankruptcy Court